Nandan Padmanabhan (SBN 280309)
**DLA PIPER LLP (US)**
nandan.padmanabhan@us.dlapiper.com
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4735
Tel: 310.595.3000
Fax: 310.595.3300

Richard T. Mulloy (SBN 199278)
richard.mulloy@us.dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, California 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

Matthew Ganas (*pro hac vice* pending)
matt.ganas@us.dlapiper.com
**DLA PIPER LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
Tel: 212.335.4500
Fax: 212.335.4501

*Attorneys for Defendant Pivotal Systems Corporation*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| FLOW DEVICES AND SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PIVOTAL SYSTEMS CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO. 8:21-CV-02089-CJC-ADS<br><br>**DECLARATION OF JOSEPH MONKOWSKI IN SUPPORT OF DEFENDANT PIVOTAL SYSTEMS CORPORATION'S MOTION TO DISMISS COMPLAINT [F.R.C.P. 12(B)(1), 12(B)(3), 12(B)(6)]**<br><br>Date: April 25, 2022<br>Time: 1:30 p.m.<br>Room: 9B<br>Judge: The Hon. Cormac J. Carney |

I, Joseph Monkowski, declare and state as follows:

1. I make this declaration in support of Defendant Pivotal Systems Corporation's ("Pivotal Systems") Motion to Dismiss Complaint. I have personal knowledge of the matter stated in this Declaration and could testify competently thereto if called upon to do so.

2. I founded Defendant Pivotal Systems in 2003, and initially served as Pivotal Systems' President and Chief Executive Officer ("CEO") from 2003 to 2008. Since 2008, I have served as Pivotal Systems' President and Chief Technical Officer ("CTO").

3. As President and CTO of Pivotal Systems, I am responsible for general corporate matters, as well as research and development and engineering activities, including all aspects of product development and manufacturing. Through my roles as President, former CEO, and current CTO of Pivotal Systems, I am personally familiar with the scope, extent, and location of Pivotal Systems' business operations.

4. Pivotal Systems is incorporated in the State of Delaware.

5. Pivotal Systems' headquarters and principal place of business is located in Fremont, California. Fremont is located in the San Francisco Bay area, within the Northern District of California.

6. From its founding in 2003 until 2014, Pivotal Systems was headquartered in Pleasanton, California, which is also located within the Northern District of California. From 2003 until 2014, all of Pivotal Systems' business functions were based out of its Pleasanton headquarters, including all corporate, research and development, manufacturing, sales, marketing, and finance operations.

7. Pivotal Systems relocated its headquarters from Pleasanton to Fremont in 2014. From 2014 to 2016, all of Pivotal Systems' business functions were based out of its Fremont headquarters, including all corporate, research and development, manufacturing, sales, marketing, and finance operations.

8. In 2016, Pivotal Systems began engaging contract manufacturers in

connection with high-volume product manufacturing activities. Pivotal Systems' initial high-volume contract manufacturer was based in Santa Clara, California, which is located within the Northern District of California. More recently, Pivotal Systems has engaged high-volume contract manufacturers based in Shenzhen, China and Seoul, South Korea.

9. Even though Pivotal Systems began outsourcing high-volume manufacturing operations to third-parties in 2016, all of Pivotal Systems' corporate, research and development, sales, marketing, and finance functions, as well as smaller-scale pilot manufacturing operations, continue to be based in Fremont.

10. Pivotal Systems does not own, lease or exercise any permission, privilege or control over any real estate within the Central District of California.

11. Pivotal Systems does not manufacture any products within the Central District of California, including without limitation any "Gas Flow Controller System product" accused of infringement by Plaintiff. As noted above, since its 2003 inception, all of Pivotal Systems' manufacturing operations have been based out of Pleasanton, Fremont, or Santa Clara, all located within the Northern District of California, or, more recently, Shenzhen, China and Seoul, South Korea.

12. Pivotal Systems does not import any products into the Central District of California, including without limitation any "Gas Flow Controller System product" accused of infringement by Plaintiff. Since 2019, Pivotal Systems' products, including all of its "Gas Flow Controller System" products, have been shipped from its contract manufacturer's facility in Shenzhen, China to its contract manufacturer located in Seoul, South Korea. From there, Pivotal Systems' products are shipped from Seoul directly to point-of-sale customers, both in the United States and outside of the United States. None of Pivotal Systems' finished products delivered to domestic customers are imported through the Port of Los Angeles or any other location within the Central District of California.

13. Pivotal Systems does not distribute, sell, or offer for sale any products

in the Central District of California, including without limitation any "Gas Flow Controller System product" accused of infringement by Plaintiff. None of Pivotal Systems' domestic customers are located in the greater Los Angeles area, or any other location within the Central District of California.

14. Pivotal Systems does not regularly conduct any marketing or promotional operations for its business within the Central District of California, including for any "Gas Flow Controller System product" accused of infringement by Plaintiff.

15. Pivotal Systems does not operate any retail, wholesale or storage facilities within the Central District of California.

16. Pivotal Systems does not store any products, equipment or machinery within the Central District of California, including without limitation any "Gas Flow Controller System product" accused of infringement by Plaintiff, or any equipment, components, or machinery used to make or assemble any such "Gas Flow Controller System product."

17. Pivotal Systems does not have any employees that are located or that reside within the Central District of California. Pivotal Systems currently has 45 regular full-time employees. Nearly all of Pivotal Systems' employees are based in Fremont and reside in the surrounding area. None of Pivotal Systems' sales employees or sales representatives work from or reside in locations within the Central District of California.

I declare under penalty of perjury under laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of March, 2022 in Fremont, California.

_____
Joseph Monkowski