| | |
|---|---|
| 1 | Richard T. Mulloy (SBN 199278) |
| 2 | richard.mulloy@us.dlapiper.com<br>**DLA PIPER LLP (US)** |
| 3 | 401 B Street, Suite 1700<br>San Diego, California 92101-4297 |
| 4 | Tel:   619.699.2700<br>Fax:   619.699.2701 |
| 5 | Matthew Ganas (admitted *pro hac vice*) |
| 6 | matt.ganas@us.dlapiper.com<br>**DLA PIPER LLP (US)** |
| 7 | 1251 Avenue of the Americas, 27th Floor<br>New York, NY  10020-1104 |
| 8 | Tel:   212.335.4500<br>Fax:   212.335.4501 |

*Attorneys for Defendant Pivotal Systems Corporation*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| FLOW DEVICES AND SYSTEMS, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PIVOTAL SYSTEMS CORPORATION, a Delaware corporation,<br><br>　　　　　Defendant. | CASE NO. 8:21-CV-02089-CJC-ADS<br><br>**DECLARATION OF MATTHEW GANAS IN SUPPORT OF DEFENDANT PIVOTAL SYSTEMS CORPORATION'S MOTION TO DISMISS COMPLAINT [F.R.C.P. 12(B)(1), 12(B)(3), 12(B)(6)]**<br><br>Date:　　April 25, 2022<br>Time:　　1:30 p.m.<br>Room:　　9B<br>Judge:　　The Hon. Cormac J. Carney |

I, Matthew Ganas, declare and state as follows:

1. I am an attorney with the law firm of DLA Piper LLP (US), counsel of record for Defendant Pivotal Systems Corporation ("Pivotal Systems") in this case. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to these facts under oath.

2. Attached as Exhibit A to this declaration is a true and correct copy of an April 5, 2017 "License Agreement," which Plaintiff's counsel provided to counsel for Pivotal Systems by email on April 4, 2022.

I declare under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed on April 11, 2022, in Garden City, New York.

*/s/ Matthew Ganas*
Matthew Ganas